ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT

2009 AUG -3 P 2: 25

McCarthy

| | |
|---|---|
| RODNEY ONEIL JONES, ) | |
| Plaintiff, ) | |
| v. ) | CV 309-031 |
| GAIL POWELL, et al., ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 3rd day of August, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE